United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(K) PLAN,<br><br>   Plaintiff,<br><br>   v.<br><br>IMPERIAL PARKING INC., a Delaware Corporation,<br><br>   Defendant.<br>_____ / | No. C 05-02761 WHA<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

The Court **DENIES** plaintiff's ex parte request to continue the case management conference and all related deadlines.

**IT IS SO ORDERED.**

Dated: September 14, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE